JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIOI CABRERA,<br><br>             Plaintiff,<br><br>     v.<br><br>AMERICA'S SERVICING COMPANY, DOES 1 THROUGH X, inclusive,<br><br>             Defendants.<br>_____ | Case No. EDCV 09-599-VAP (FFMx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: May 13, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge